JOSEPH SCHLESINGER, #87692
Acting Federal Defender
JEROME PRICE, CA Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 5:13-CR-00002 JLT |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [~~PROPOSED~~] ORDER THEREON |
| ROBIN WRIGHT, | ) | |
| *Defendant.* | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Robin Wright, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

DATED: January 25, 2013     /s/ Robin Wright
                                                 ROBIN WRIGHT

DATED: January 25, 2013     /s/ Jerome Price
                                                 JEROME PRICE
                                                 Assistant Federal Defender
                                                 Attorney for ROBIN WRIGHT

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED: January 28, 2013

/s/ Jennifer L. Thurston
Jennifer L. Thurston, Magistrate Judge
United States District Court
Eastern District of California